# IN THE UNITED STATES DISTRICT COURT FOR THE
# MIDDLE DISTRICT OF TENNESSEE
# NASHVILLE DIVISION

| | | |
|---|---|---|
| SHAWN LAMONT ELAM, | ) | |
| Plaintiff, | ) ) ) | |
| v. | ) ) | Civil No. 3:14-1801 |
| SOCIAL SECURITY ADMINISTRATION, et al, | ) ) | Judge Trauger |
| Defendants. | ) ) | |

## O R D E R

On May 6, 2015, the Magistrate Judge issued a Report and Recommendation (Docket No. 16), to which no timely objections have been filed. The Report and Recommendation is therefore **ACCEPTED** and made the findings of fact and conclusions of law of this court. For the reasons expressed therein, it is hereby **ORDERED** that the plaintiff's Motion For Judgment On The Administrative Record (Docket No. 14) is **DENIED**, and the Commissioner's decision is **AFFIRMED**. This Order shall constitute the final judgment in this case.

It is so **ORDERED**.

ENTER this 27th day of May, 2015.

_____
ALETA A. TRAUGER
U.S. District Judge